IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA FURNEY,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV-S-02-1839 GEB EFB

ORDER

        On October 22, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

////

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed October 22, 2009, are ADOPTED; and

2. The Clerk of Court is directed to enter judgment in plaintiff's favor.

Dated: December 21, 2009

GARLAND E. BURRELL, JR.
United States District Judge

_____
UNITED STATES DISTRICT JUDGE